MAY 18, 1966.

No. 1094. MATTEL, INC. v. LOUIS MARX & CO., INC. C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Louis Nizer* for petitioner. *Harold I. Kaplan* for respondent.

MAY 23, 1966.

No. 81. LOMENZO, SECRETARY OF STATE OF NEW YORK, ET AL. v. WMCA, INC., ET AL. Appeal from D. C. S. D. N. Y. Parties are requested before June 8, 1966, to file memoranda, which need not be printed, addressed to the question whether this case should be dismissed in light of the events supervening the decisions of October 11, 1965, in No. 85, *WMCA, Inc.* v. *Lomenzo,* 382 U. S. 4, No. 191, *Travia* v. *Lomenzo,* 382 U. S. 9, No. 319, *Rockefeller* v. *Orans,* 382 U. S. 10, and No. 449, *Screvane* v. *Lomenzo,* 382 U. S. 11.

MR. JUSTICE FORTAS took no part in the promulgation of this order.

No. 1224. COOPER v. CALIFORNIA. Sup. Ct. Cal. (Certiorari granted, *ante,* p. 904.) Motion of petitioner for appointment of counsel granted. It is ordered that *Michael Traynor, Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 912, Misc. COTTON v. YAWN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Arthur K. Bolton,* Attorney General of Georgia, and *Carter A. Setliff,* Assistant Attorney General, for respondent.